UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JON DUFFELL | * | CIVIL ACTION NO. 02-3685 |
| VERSUS | * | SECTION "C" |
| DIAMOND OFFSHORE DRILLING, INC. | * | MAGISTRATE 2 |
| | * | JUDGE BERRIGAN |
| | * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S BILL OF COST

MAY IT PLEASE THE COURT:

Defendant herein Diamond Offshore Drilling Company has filed a Bill of Cost in this matter seeking numerous expenses as costs. Plaintiff objects to these expenses on several grounds.

Plaintiff will address each of the items listed by Diamond on the Bill of Cost in order.

I.   Court Reporter Fees

Plaintiff has no objection to Defendant's court reporter fees.

II.  Witness Fees and Disbursements

Plaintiff objects to the witness fees for all three witnesses listed in Paragraph two of their memorandum. 28 U.S.C. 1821 states a maximum witness fee of $40.00. Defendant's fees exceed that amount.

Plaintiff further objects to the fees sought to be recouped by Defendant for witnesses Alton Harvey and Robert Knippers as there is no documentation of any kind to support Defendant's charges. Defendant did not include any receipts or proof to support their alleged costs.

Plaintiff objects to the witness fee of Huey Mike Golden as Defendant has included receipts totaling $483.95 yet seeks costs of $1002.28. There is no documentation to support the additional $518.33. Besides, a flat fee of $40.00 is all that is allowed by statute.

III.  Expert Witness Fees

Plaintiff objects to Defendant's expert witness fees as also being in violation of 28 U.S.C. 1821. The statute makes no differentiation between expert witnesses and lay witnesses. Therefore expert witnesses fees are limited to $40.00 per day of testimony.[1]

Even assuming Defendant is entitled to more than the statutory limit of $40.00 for its experts, Plaintiff objects to the costs sought to be recouped for the following reasons.

Defendant seeks reimbursement of $543.65 for its vocational rehabilitation expert Thomas Meunier, Jr. It is unclear how Defendant arrived at this number. Mr. Meunier charged four hours for trial preparation and a flat fee of $500.00 for trial testimony. Trial preparation cannot be properly charged against Plaintiff and expert witness fees are limited to $40.00 per day of testimony.

---

[1] Please see *Crawford Fitting Company v J T Gibbons, Inc* 107 S Ct 2494, 1987

Plaintiff similarly objects to the charges for Defendant's economist Dan M. Cliffe, CPA. Defendant seeks $935.00 for Mr. Cliffe's testimony. Mr. Cliffe invoiced Defendant $430.00 for "trial preparation" and $895.00 for "preparation and testimony at trial". Any amount charged by Mr. Cliffe for trial preparation cannot be charged against Plaintiff. It is unclear how Defendant arrived at the figure of $935.00 for Mr. Cliffe's testimony, but in any case it is well in excess of the statutorily allowed fee of $40.00.

Defendant seeks $2,481.61 for reimbursement of fees charged by Dr. Christopher Cenac. As Dr. Cenac's invoice is only for $2,400.00 it is difficult to understand how Defendant can ask for more than that amount without any documentation to back up the additional charge. Plaintiff suggests that the charges sought to be recouped for Dr. Cenac's testimony be denied in their entirety for failure to itemize his time.

Expert witnesses are treated the same as lay witnesses. A fee of $40.00 per day of testimony can be charged. Plaintiff objects to any fees charged to Plaintiff in excess of the statutory maximum.

IV.  Copy Costs

Plaintiff objects to Defendant's cost for copying bench books. It is unclear how many bench books Defendant needed at trial, but Plaintiff should not have to pay for more than one.

Respectfully Submitted,

_____
ROBERT J. YOUNG, JR. (13763)
TIMOTHY J. YOUNG (22677)
N. HUSTED DERUSSY (27793)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed this 3 day of February, 2004.

_____
N. HUSTED DERUSSY